IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03134-WYD-CBS

ANNIE MAE WHITE,

    Plaintiff,

v.

COLORADO COLLEGE;
STANDARD INSURANCE COMPANY; and
TIAA,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Notice of Dismissal [ECF No. 26], filed March 29, 2012.   After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulated Notice of Dismissal [ECF No. 26], filed March 29, 2012 is **APPROVED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   March 29, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE